

AO 245A (Rev. 7/87) Judgment of Acquittal

# United States District Court
## *Eastern District of Arkansas*

MAR - 3 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | JUDGMENT OF ACQUITTAL |
| v. | |
| ANTHONY D. HARRIS a/k/a Ant | CASE NUMBER:    4:06CR00255-01-WRW |

      The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

THE DEFENDANT AS FOUND NOT GUILTY ON COUNT 1 AND COUNT 2

_____

Signature of Judicial Officer

William R. Wilson Jr. - District Judge

Name and Title of Judicial Officer

03/03/2008

Date