IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

      vs.                      4:06CR00255-WRW

ANTHONY HARRIS and
BRANDON REED

JULIAN ALLMON                                  ACCUSED CONTEMNOR

## JUDGMENT & COMMITMENT

The above styled matter came on to this Court on the Notice of Contempt of Court Against Julian Allmon Pursuant to 18 U.S.C. § 401 and Federal Rule of Criminal Procedure 42, filed by the United States of America on March 12, 2008, (Doc. No. 86). On April 23, 2008, the Court entered a Notice and Order to Show Cause (Doc. No. 91) and the matter was set for a jury trial.

On February 18, 2009, the parties came before the Court and having waived a jury trial the matter was tried to the Court. Upon the reading of the Stipulated Facts (Joint Ex. 1), the Court found Julian Allmon, accused Contemnor, GUILTY beyond a reasonable doubt. A Presentence Report was waived and sentencing proceeded.

Mr. Allmon will be committed to the custody of the Bureau of Prisons for a term of 33 MONTHS, consecutive to the term of imprisonment imposed by this Court in *United States of America v Julian Allmon*, 4:04CR00169-13-WRW; no Supervised Release is to follow imprisonment in this case;[1] a $100.00 Special Assessment is imposed. Mr. Allmon was remanded into the custody of the United States Marshal.

IT IS SO ORDERED this 24th day of February, 2009.

                                                /s/ Wm. R.Wilson,Jr.
                                        UNITED STATES DISTRICT JUDGE

llmon,Julian2.J&C.wpd

---

[1] 5 years of supervised release in 4:04CR00169-13 remains in effect.